UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-40194 |
| ERIC MULLENNEX | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Debtor | ) | JUDGE Kay Woods |
| | ) | |

OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

Now comes Eric Mullennex, Debtor, through counsel and hereby objects to the Notice of Mortgage Payment Change that was filed on January 14, 2013, and, as grounds that the $4,306.04 that Citimortgage is claiming an arrearage amount should have been included in their Proof of Claim.

The debtor represents to the court that he has made every payment since the filing of this bankruptcy in a timely manner.

Respectfully submitted,

/s/Dann S. Timmons
Dann S. Timmons (Ohio Reg. #0037943)
Attorney for Debtor
8132 Main Street, PO Box 403
Garrettsville, OH 44231
(330) 527-4882

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February 2013, a copy of the foregoing Objection was served on the following by ECM/CM, postage prepaid:

U.S. Trustee (electronically)

Chapter 13 Trustee (electronically)

CitiMortgage Inc.
Attn.: Michelle R. Garcia, Bankruptcy Specialist
PO Box 140609
Irving TX 75019-0609
Sent by US certified mailing
(Address from Proof of Claim)

Citimortgage Inc
Attn.: Kari Ann Arnold, Bankruptcy Specialist
PO Box 6030
Sioux Falls, SD 57117-6030
(address from the Notice of Mortgage Payment Change)

/s/ Dann S. Timmons
DANN S. TIMMONS (Ohio Reg. #0037943)
Attorney for Debtor